IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THEA PATRICK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROLLINS, INC., | : | CIVIL ACTION NO. |
| | : | 1:15-cv-03689-AT |
| Defendant. | : | |

## **ORDER**

This matter is before the Parties' Consent Motion for Approval of Settlement Agreement along with a copy of the settlement agreement and release filed in the record of this case on December 16, 2015. [Doc. 9.] The Parties conferred with the Court regarding the settlement agreement provisions on December 18, 2015. The Court now reviews the Agreement for adequacy, consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The Court has reviewed the proposed settlement agreement and considered counsel's explanation of the settlement terms and the practical litigation considerations that warrant settlement of this matter. Based on the

totality of counsel's explanation, the Court finds that the Settlement Agreement under the circumstances of this case is fair, adequate, and reasonable.

THEREFORE, the Court **GRANTS** the Parties' Consent Motion for Approval of Settlement Agreement [Doc. 9] and **APPROVES** the settlement as a fair, reasonable, and adequate resolution of this action. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 18th day of December, 2015.

_____
**Amy Totenberg**
**United States District Judge**